## UNITED STATES *versus* JOHN JACKSON

. . . . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1824): *Journal 3:* (1) Rule to bring body, prisoner discharged *p. 512.
PAPERS IN FILE: [None]

## UNITED STATES *versus* SCHOMAH, AN INDIAN

JOURNAL ENTRIES (1824): *Journal 3:* (1) Rule to bring body, prisoner discharged *p. 512.
PAPERS IN FILE: (1) Indictment indorsed "This bill not found."

## THOMAS ROWLAND *versus* ISAAC VAN CLEEF AND ELIJAH DIMICK

JOURNAL ENTRIES (1824–26): *Journal 3:* (1) Publication ordered *p. 513. *Journal 4:* (2) Bill taken as confessed, referred to master MS p. 13; (3) sale ordered MS p. 70. *Chancery Journal:* (4) Decree *p. 76. *Journal 4:* (5) Motion to revive and continue decree MS p. 90; (6) decree revived, sale ordered MS p. 109.
PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena; (3) writ of subpoena and return; (4) affidavit of nonresidence; (5) draft of order for publication; (6) proof of publication; (7) motion to take bill as confessed; (8) transcript of rule of reference; (9) report of master commissioner; (10) proof of execution of mortgage; (11) draft of order of sale; (12) draft of decree; (13) draft of order of sale; (14) published notice of sale; (15) receipt for proceeds of sale; (16) register's report of sale; (17–18) promissory notes; (19) deed of mortgage.
*Chancery Case* 43 of 1824.